1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:25-cv-01677-WBS-CSK

       IN RE:  STEVEN WAYNE BONILLA
12                                                    No. 2:25-cv-01678-WBS-CSK

13                                                    No. 2:25-cv-01679-WBS-CSK

14                                                    No. 2:25-cv-01680-WBS-CSK

15                                                    No. 2:25-cv-01683-WBS-CSK

16                                                    No. 2:25-cv-01684-WBS-CSK

17                                                    No. 2:25-cv-01716-WBS-CSK

18                                                    No. 2:25-cv-01720-WBS-CSK

19                                                    No. 2:25-cv-01742-WBS-CSK

20                                                    No. 2:25-cv-01767-WBS-CSK

21

22

23                                                    **ORDER**

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

9       Accordingly, IT IS HEREBY ORDERED that 2:25-cv-01677, 2:25-cv-01678, 2:25-cv-

10  01679, 2:25-cv-01680, 2:25-cv-01683, 2:25-cv-01684, 2:25-cv-01716, 2:25-cv-01720, 2:25-cv-

11  01742 and 2:25-cv-01767 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  July 3, 2025

14            WILLIAM B. SHUBB

15            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

[1] In the caption of 2:25-cv-01677, plaintiff names the Yolo County Superior Court.  In the
24  captions of 2:25-cv-01679 and 2:25-cv-01680, plaintiff names the Merced County Superior
Court.  In the caption of 2:25-cv-01683, plaintiff names the Kings County Superior Court.  In the
25  caption of 2:25-cv-01684, plaintiff names the Napa County Superior Court.  In the caption of
2:25-cv-01720, plaintiff names the United States District Court for the Northern District of
26  California.  To the extent plaintiff intended to raise the claims raised in these cases in the United
States District Court for the Eastern District of California, this Court finds that the claims raised
27  in 2:25-cv-01677, 2:25-cv-01679, 2:25-cv-01680, 2:25-cv-01683, 2:25-cv-01684 and 2:25-cv-
28  01720 are related to plaintiff's Alameda County criminal conviction.

2